UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
JUL 2 8 2004
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

CASE NO. 04-60990 CIV-ALTONAGA

MAGISTRATE JUDGE BANDSTRA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

SIXTEEN THOUSAND THREE HUNDRED
AND TEN DOLLARS ($16,310.00) IN UNITED
STATES CURRENCY,

   Defendant.
_____/

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States files this Verified Complaint for Forfeiture In Rem and alleges that:

1. This is a civil action for forfeiture in rem against Sixteen Thousand Three Hundred and Ten Dollars ($16,310.00) In United States currency.

2. This Court has jurisdiction over this matter pursuant to Title 28 U.S.C. §1345 and 1355.

3. This Court has venue over the defendant currency pursuant to Title 28 U.S.C. §1395(a) and (b).

4. The defendant currency is forfeitable pursuant to Title 21 U.S.C. §§ 881(a)(6) as property derived from proceeds that Ricardo Linares obtained directly or indirectly from violations of 21 USC §§ 846 and/or 841 (a)(1), and/or as property used on intended to be used in any manner or part, to facilitate the commission of violations of 21 USC §§846 and/or 841 (a)(1).

5. Ricardo Linares, the owner of the defendant currency was convicted in his criminal case of U.S.A. v. Ricardo Linares, Case No. 00-6204-CR-Dimitrouleas. The indictment in the case



included forfeiture allegations against the $16,310.00. Due to inadvertence, an order of forfeiture, however, was not obtained in the criminal case despite their convictions and the government's entitlement to such an order under Rule 32.2 (b)(1) & (2), Fed.R.Crim.P. Consequently, the criminal forfeiture process was not completed.

6. The order of forfeiture listing all the assets must be included and made part of the criminal judgment and sentence pronouncement, otherwise there can be no criminal forfeiture. See Rule 32.2, Fed. R. Crim. P. and U.S.A. v. Gilbert, 244 F.3d 888 (11th Cir. 2001) Because no forfeiture order was obtained in the case, the criminal judgments entered in this case failed to incorporate any forfeiture order.

7. Under Rule 35(c), Fed. R. Crim. P., a court has 7 days after the imposition of sentence to correct its sentence. After the expiration of the 7 days, the court loses jurisdiction. The seven days have expired and the judgments were not corrected. Because the criminal forfeiture was not completed against the defendant currency, this civil action was filed to finalize the forfeiture and disposition of the $16,310.00.

**WHEREFORE,** the United States of America request that process according to the law and procedures of the Court in cases of actions in rem in accordance with provisions of Rule C (3), Supplemental Rules of Certain Admiralty and Maritime Claims issue against the defendant currency, and that any person or persons having any interest therein be cited and directed to appear herein and answer this complaint, and that this Court decree the condemnation and forfeiture of the defendant

2

currency to the United States and that plaintiff have such other and further relief as may be just and proper.

                              Respectively submitted,

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY

BY: _____
      WILLIAM H. BECKERLEG, JR.
      ASSISTANT U.S. ATTORNEY
      500 E. Broward Blvd., Suite 700
      Ft. Lauderdale, Florida 33394
      Tel: (954) 356-7314 ext. 3614
      Fax: (954) 356-7180
      Fla Bar No. A550007

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that, I Thomas W. Drummond, Special Agent for Federal Bureau of Investigation, have read the foregoing Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

                              _____
                              THOMAS W. DRUMMOND
                              SPECIAL AGENT
                              FEDERAL BUREAU OF INVESTIGATION

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.(SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

CIV - ALTONAGA  MAGISTRATE JUDGE
BANDSTRA

**DEFENDANTS**
SIXTEEN THOUSAND THREE HUNDRED AND TEN DOLLARS ($16,310.00) IN UNITED STATES CURRENCY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

04 - 60990

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

NIGHT BOX FILED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
WILLIAM H. BECKERLEG, JR.
500 EAST BROWARD BLVD., SUITE 700
FT. LAUDERDALE, FL 33394
(954) 660-5774

ATTORNEYS (IF KNOWN)

JUL 28 2004
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 U.S. Government Plaintiff
- 2 U.S Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in Item III)

0:04CV 60990-Altonaga-Bandstra

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | B 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury - Med. Malpractice | B 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | B 625 Drug Related Seizure of Property 21 USC 881 | A PROPERTY RIGHTS | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 365 Personal Injury - Product Liability | B 630 Liquor Laws | 820 Copyrights | B 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | B 640 R R & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | B 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| B 152 Recovery of Defaulted Student Loans (Excl Veterans) | 345 Marine Product Liability / PERSONAL PROPERTY | B 660 Occupational Safety/Health |  | 810 Selective Service |
| B 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 370 Other Fraud | B 690 Other |  | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | A LABOR | B SOCIAL SECURITY | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| 195 Contract Product Liability |  / 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | B 510 Motions to Vacate Sentence | 864 SSID Title XVI | 894 Energy Allocation Act |
| B 220 Foreclosure | 442 Employment | HABEAS CORPUS: | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | B 530 General / A 535 Death Penalty | 730 Labor/Mgmt. Reporting & Disclosure Act | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | B 540 Mandamus & Other | 740 Railway Labor Act | FEDERAL TAX SUITS |
| 245 Tort Product Liability | 440 Other Civil Rights | B 550 Civil Rights | 790 Other Labor Litigation | A 870 Taxes (U.S. Plaintiff or Defendant) |
| 290 All Other Real Property |  | B 555 Prison Condition | A 791 Empl. Ret. Inc. Security Act | A 871 IRS - Third Party 26 USC 7609 |
|  |  |  |  | 950 Constitutionality of State Statutes |
|  |  |  |  | 890 Other Statutory Actions A OR B |

## VI. CAUSE OF ACTION (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY)
21 USC & 881(a)(6)- PROCEEDS

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE ___ DOCKET NUMBER ___

DATE 7/28/04
SIGNATURE OF ATTORNEY OF RECORD
WILLIAM H. BECKERLEG, JR

FOR OFFICE USE ONLY

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

This form was electronically produced by Elite Federal Forms, Inc.